and I've always been one of those chains that each of us can feel. Why don't you start by saying why do you sit here today? And according to the record, you need to announce that you're trying to see Dan Felsenhoff by either the bankruptcy court or the bankruptcy lawyer so that you can assert the right to notice him later. And the bankruptcy court found that he wasn't happy about it. You can see on the client line, you can see Mr. Adams listed as part of the bankruptcy. Now, I think you need to teach him the course because we're going to have an obligation to his client that didn't do it, so perhaps both of you are wrongdoers. And why don't you assert the bankruptcy court's determination as to the issue? Which three are wrong? You can choose that. Of course, that is your reaction. They are, he has a determination as to the basis of the issue. And in those conditions, you can find the answers. Mr. Felsenhoff has a determination as to the implication of his decisions. I'm going to have to wait a minute. I'm going to have to wait a minute. You may do. You may do. You may do. Well, so, he has two claims of determination. One, that the person in the middle is in the middle of something. Also, something that is a source of a change in his testimony. Mr. Felsenhoff has an objection of what is contradicting his own experience. Mr. Felsenhoff has an objection of what is contradicting his own experience. This is an objection. This is a problem for our clients.
judges: Graber, Tallman, Rakoff